**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.    **CV 17-00270-JFW (JCx)**                              Date: November 2, 2017

Title:    Gagik Bakhtamyan et al. -v- Select Portfolio Servicing, Inc.

---

**PRESENT:**

    **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**            **ATTORNEYS PRESENT FOR DEFENDANTS:**
    None                                                                        None

**PROCEEDINGS (IN CHAMBERS):**    ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [filed 10/9/17; Docket No. 29]

    On October 9, 2017, Defendant Select Portfolio Servicing, Inc. ("Defendant") filed a Motion for Summary Judgment ("Motion").  On October 19, 2017, Plaintiffs Gagik Bakhtamyan and Tony Adjian ("Plaintiffs") filed their Opposition.  On October 23, 2017, Defendant filed a Reply.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court found the matter appropriate for submission on the papers without oral argument.  The matter was, therefore, removed from the Court's November 6, 2017 hearing calendar and the parties were given advance notice.  After considering the moving, opposing, and reply papers, and the arguments therein, the Court rules as follows:

    For the reasons stated in Defendant's Motion and Reply, Defendant's Motion is **GRANTED**.  The Court adopts and signs, as modified, Defendant's Proposed Statement of Decision, lodged with the Court on October 25, 2017 [Docket No. 38-1].

    IT IS SO ORDERED.