JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAGIK BAKHTAMYAN, an Individual; TONY ADJIAN, an Individual,<br><br>Plaintiffs,<br><br>vs.<br><br>SELECT PORTFOLIO SERVICING, INC.; and DOES 1 through 50, Inclusive<br><br>Defendants. | Case No. 2:17-cv-00270-JFW-JC<br><br>**JOINT [~~PROPOSED~~] JUDGMENT**<br><br>Hon. John F. Walter |

JUDGMENT

| | |
|---|---|
| 1 | On October 9, 2017, Defendant Select Portfolio Servicing, Inc. ("SPS") filed a Motion for Summary Judgment. On October 19, 2017, Plaintiffs Gagik Bakhtamyan and Tony Adjian ("Plaintiffs") filed their Opposition. On October 23, 2017, SPS filed a Reply. |

On October 9, 2017, Defendant Select Portfolio Servicing, Inc. ("SPS") filed a Motion for Summary Judgment. On October 19, 2017, Plaintiffs Gagik Bakhtamyan and Tony Adjian ("Plaintiffs") filed their Opposition. On October 23, 2017, SPS filed a Reply.

On November 2, 2017, the Court GRANTED SPS's Motion for Summary Judgment. Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court found this matter appropriate for decision without oral argument.

Therefore, it is hereby ORDERED, ADJUDGED AND DECREED THAT Plaintiffs GAGIK BAKHTAMYAN and TONY ADJIAN take nothing from defendant SELECT PORTFOLIO SERVICING, INC., that the action be dismissed on the merits, and that defendant SELECT PORTFOLIO SERVICING, INC. recover its costs.

IT IS SO ORDERED.

DATED: November 13, 2017

The Hon. John F. Walter
United States District Judge